OPINION # O-7461       WAS NEVER ISSUED OR

WAS WITHDRAWN.